# EXHIBIT 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-053

**Effective Date of Registration:**
July 30, 2025
**Registration Decision Date:**
August 05, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Abstract blue and red fiery dragons. Illustration on black background for design |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | September 12, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Vasyl Duda |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vasyl Duda |
| | str. Batumska 42/12, Dnipro, 49051, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Vasyl Duda |
| **Email:** | dvargg@gmail.com |
| **Address:** | str. Batumska 42/12 |
| | Dnipro 49051 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 30, 2025 |
| **Applicant's Tracking Number:** | VD2025073001 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-070

**Effective Date of Registration:**
July 30, 2025
**Registration Decision Date:**
August 05, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Fire head of dragon in green on black background |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | October 22, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Vasyl Duda |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vasyl Duda |
| | str. Batumska 42/12, Dnipro, 49051, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Vasyl Duda |
| **Email:** | dvargg@gmail.com |
| **Address:** | str. Batumska 42/12 |
| | Dnipro 49051 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 30, 2025 |
| **Applicant's Tracking Number:** | VD2025073005 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-057**

**Effective Date of Registration:**
July 30, 2025
**Registration Decision Date:**
August 05, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Two Dragon Heads in Fire and Transperent Ornaments |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 17, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Vasyl Duda |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vasyl Duda<br>str. Batumska 42/12, Dnipro, 49051, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Vasyl Duda |
| **Email:** | dvargg@gmail.com |
| **Address:** | str. Batumska 42/12<br>Dnipro 49051 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 30, 2025 |
| **Applicant's Tracking Number:** | VD2025073002 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-065

**Effective Date of Registration:**
July 30, 2025
**Registration Decision Date:**
August 05, 2025

## Title

**Title of Work:**   Head of tiger blazing in spectrum fire on black background

## Completion/Publication

**Year of Completion:**   2013
**Date of 1st Publication:**   September 05, 2013
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Vasyl Duda
  **Author Created:**   2-D artwork
  **Citizen of:**   Ukraine

## Copyright Claimant

**Copyright Claimant:**   Vasyl Duda
str. Batumska 42/12, Dnipro, 49051, Ukraine

## Rights and Permissions

**Name:**   Vasyl Duda
**Email:**   dvargg@gmail.com
**Address:**   str. Batumska 42/12
Dnipro 49051 Ukraine

## Certification

**Name:**   David Denholm
**Date:**   July 30, 2025
**Applicant's Tracking Number:**   VD2025073004

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-058

**Effective Date of Registration:**
July 30, 2025
**Registration Decision Date:**
August 05, 2025

## Title
___

**Title of Work:** Rainbow Piano keys. Illustration on black background, for design

## Completion/Publication
___

**Year of Completion:** 2012
**Date of 1st Publication:** November 16, 2012
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Vasyl Duda
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant
___

**Copyright Claimant:** Vasyl Duda
str. Batumska 42/12, Dnipro, 49051, Ukraine

## Rights and Permissions
___

**Name:** Vasyl Duda
**Email:** dvargg@gmail.com
**Address:** str. Batumska 42/12
Dnipro 49051 Ukraine

## Certification
___

**Name:** David Denholm
**Date:** July 30, 2025
**Applicant's Tracking Number:** VD2025073003

Page 1 of 2

