IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VASYL DUDA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:25 CV 1844 |
| | ) Magistrate Judge Maureen P. Kelly |
| v. | ) |
| | ) |
| SCHEDULE A DEFENDANTS, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF RECUSAL

AND NOW, this 1st day of December 2025, pursuant to 28 U.S.C. § 455(a), I hereby recuse in the above- captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record by Notice of Electronic Filing