IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VASYL DUDA,<br><br>    Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>    Defendants. | Civil Action No. 25-1844<br><br>**FILED UNDER SEAL** |

## DISCLOSURE STATEMENT

  Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, in the above captioned action, certify that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                Respectfully submitted,

Dated: November 29, 2025

            /s/ Stanley D. Ference III
            Stanley D. Ference III
            Pa. ID No. 59899
            courts@ferencelaw.com

            FERENCE & ASSOCIATES LLC
            409 Broad Street
            Pittsburgh, Pennsylvania 15143
            (412) 741-8400 – Telephone
            (412) 741-9292 – Facsimile

            Attorneys for Plaintiff