| | |
|---|---|
| VASYL DUDA, | |
| Plaintiff, | Civil Action No. 25-cv-1844 |
| v. | |
| SCHEDULE A DEFENDANTS, | **FILED UNDER SEAL** |
| Defendants | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

**ORDER GRANTING** the (ECF No. 6) Motion to File Under Seal.

**IT IS FURTHER ORDERED** that authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interest as to such matters), or by the Court upon its own motion.

**IT IS FURTHER ORDERED** that the following documents shall be filed under seal and shall remain under seal until further order from this Court:

a. Schedule "A" to the Complaint;

b. Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order, together with the supporting documents;

c. Plaintiff's *Ex Parte* Motion for Alternative Service, together with the supporting documents; and

d. The summons.

Dated: December 10, 2025

s/Kezia O. L. Taylor
KEZIA O. L. TAYLOR
UNITED STATES MAGISTRATE JUDGE