IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VASYL DUDA,<br><br>    Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>    Defendants. | Civil Action No. 25-cv-1844 |

**MOTION FOR 1) TEMPORARY RESTRAINING ORDER, 2) ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS, 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND 4) ORDER AUTHORIZING EXPEDITED DISCOVERY**

  Plaintiff now moves this Court for an Order granting: 1) a temporary restraining order, 2) an order restraining assets and merchant storefronts, 3) an order to show cause why a preliminary injunction should not issue, and 4) an order authorizing expedited discovery against the Defendants identified on Schedule "A" to the Complaint. Plaintiff is concurrently filing a Motion to File Under Seal, and if that is granted, Plaintiff will then file the papers supporting this Motion and a proposed Order under seal.

               Respectfully submitted,

Dated: January 6, 2026      /s/ Stanley D. Ference III
                 Stanley D. Ference III
                 Pa. ID No. 59899
                 courts@ferencelaw.com

                 FERENCE & ASSOCIATES LLC
                 409 Broad Street
                 Pittsburgh, Pennsylvania 15143
                 (412) 741-8400 – Telephone
                 (412) 741-9292 – Facsimile

                 Attorneys for Plaintiff