IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VASYL DUDA,<br><br>    *Plaintiff*,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>    *Defendants*. | Civil Action No. 2:25-cv-1844<br><br>Hon. William S. Stickman IV |

### HEARING MEMO

HEARING HELD:  Videoconference Motion Hearing
DATE HEARING HELD:  January 16, 2026
BEFORE:  Judge William S. Stickman IV

| | |
|---|---|
| Appearing for Plaintiff:<br>Stanley Ference, III, Esquire | Appearing for Defendants:<br>n/a |
| Hearing began at 10:30 a.m. | Hearing concluded at 10:35 a.m. |

Stenographer:  Barbara Loch

OUTCOME:

Motion Hearing held re Motion for 1) Temporary Restraining Order; 2) Order Restraining Assets and Merchant Storefronts; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; and 4) Order Authorizing Expedited Discovery (ECF No. 10).  The Court finds the requisite elements have been met and the temporary restraining order will issue. $5,000 bond will be required. The temporary restraining order must be served upon Defendants forthwith, and Plaintiff must file proof of the same with the Court.

Injunction Hearing scheduled for January 28, 2026 at 10:30 a.m. in courtroom 8B.

Orders of Court to follow.