IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VASYL DUDA,<br><br>      *Plaintiff*,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>      *Defendants*. | Civil Action No. 2:25-cv-1844<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 16th day of January 2026, IT IS HEREBY ORDERED that if the bond ordered in the amount $5,000.00 (five thousand dollars) is submitted in cash, once received by the Finance Department of the United States District Court for the Western District of Pennsylvania, it shall be placed in the local Court Registry where it is to remain until further order of court.

                                                        BY THE COURT:

                                                        s/  William S. Stickman IV
                                                        WILLIAM S. STICKMAN IV
                                                        UNITED STATES DISTRICT JUDGE