IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VASYL DUDA,<br><br>                    Plaintiffs,<br><br>v.<br><br>COOLXIAN, *et al.*,<br><br>                    Defendants. | Civil Action No. 25-cv-1844<br><br>Judge Stickman |

## REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS

To the Clerk of the U.S. District Court for the Western District of Pennsylvania

You will please enter the defaults of each of the Defendants as noted in Schedule "A" hereto for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of Stanley D. Ference in Support of Request to Enter Default hereto attached.

                                                            Respectfully submitted,

Dated:  February 18, 2026                     /s/Stanley D. Ference III
                                                            Stanley D. Ference III
                                                            Pa. ID No. 59899
                                                            courts@ferencelaw.com

                                                            FERENCE & ASSOCIATES LLC
                                                            409 Broad Street
                                                            Pittsburgh, Pennsylvania 15143
                                                            (412) 741-8400 – Telephone
                                                            (412) 741-9292 – Facsimile
                                                            Attorneys for the Plaintiff