## 2:25-cv-01844 Vasyl Duda
## Judge Stickman

## FIRST AMENDED SCHEDULE

| No. | Defendant / Seller | Account ID |
|---|---|---|
| 2 | wozo | A3VA35HGSZO1ZP |
| 3 | MCA20241 | A27EH7V3RSW2WJ |
| 4 | LIANGMA SHOP | AAUO60IJWPI6M |
| 5 | Use4 | A2GHW5MSOTYW2 |
| 6 | gengruifangbaihuodian | A1EGARJ6W37Z1 |
| 7 | XiangFeng258 | A140TMWOZS9NJC |
| 8 | HOMEWFF | AR9YUSCGAKVO8 |
| 10 | QQMARKET | AJW65Y1OF5U1E |
| 11 | AITBuper | A2ONO0V7NF9L8Z |
| 12 | Yuihome | A3PPDUPEA28JRC |
| 13 | FunHomie | A1RZJ8P86UO5QK |
| 14 | Ryvnso | A1EBI57TA1IF87 |
| 16 | BAIHUISHOP | A2KZH4CJF9RC2Y |
| 17 | Blueangle | A38UXBYR59P10B |
| 19 | CUTEYF | A15179GC0JM75F |
| 20 | CiCily | A252EJMJPDSO08 |
| 21 | Zoofoo | A1XPM1L5985AZF |
| 23 | WEIYEKO | ADIHLRLES71H1 |
| 24 | BaiShunNongJi | A2DV6XUEN80O1E |
| 26 | Caikeny | ARAGOEJK9K3N9 |
| 27 | XSXXSC | A2LN8F4LWCKXRL |
| 28 | bishukeji-EU | A1CREZANSFK0DV |
| 32 | Facaiy | A3UVZ23B0M4285 |
| 33 | GouDoog | ABI7WZKQJ19O4 |
| 34 | Nangou | A1GHU7XHRAOQ0C |
| 35 | qiuqiuLe | A7WY6JQW6W2HM |
| 37 | Moudeng | A69IK32ZE4IJ4 |
| 38 | chenxinwalllart | A12O1JI82ARHA3 |
| 39 | Loccor | A2Q6HBEJGQP7XA |
| 40 | YiYi Lucky | AEO3287I6RP5U |
| 41 | Nugier | A2BNTEGCDFW861 |
| 42 | MMstyle | AR44ONMU9H7OM |
| 44 | ChengHA Direct | A3JGJJWDGJH5WC |
| 45 | xuesongchengzhe | A46ZTWVJIBEV3 |
| 46 | WANDERT | A27S0STMVAT83Q |
| 48 | Invinch | A9WFPRB8K1Q43 |
| 49 | Nuolai | ALDO5810T82IV |

| | | |
|---|---|---|
| 51 | CLveg | A2V52WMDHGACZK |
| 52 | ELTSKT | A3D84K3J5GW65R |
| 53 | nanjingxinyunbaowuliuyouxiangongsi | A3OIT0A2747W2R |
| 54 | leijunbaihuodian | A22H61Y1E06MJK |
| 55 | Chayber | A20QHVC9TPB09V |
| 56 | ABCOVER-On | A11JEC2N8WER0K |
| 57 | ZLJDYN24 | A1Y05HZJZ10MV5 |
| 58 | Fstudio | A277IXEHNEN6OX |
| 60 | YUEBINUS | A2QYSPJ1UDQQYI |
| 61 | xmf | A2MALLW6F9KN03 |
| 62 | JUAMA | A3I91KRLBA4K9U |
| 64 | Wusikd | A2XA8SYYE76ISX |
| 65 | Bbaobao | A33KFLQ1OQVIYD |
| 66 | CORFOTO | A13S55PI3M4E2F |
| 67 | Dgonweqi | A1NYJHGRYBRSA7 |
| 68 | Manlian Limited Company | A9PVU3J0P18QX |
| 69 | Kaichen Trading | A3KC1WAXV8POD9 |
| 70 | JinXiangYang | A183AEQM4DVOXB |
| 71 | DIY.HD | A3CMY8HOFX4G99 |
| 72 | PLAO | A23CT62UYUD7S |
| 73 | EpOpsian-US | A1TM7W8LUTX4LK |
| 74 | DAFENZJTY | A3ML7Q7M8VL66F |
| 76 | Crizmas | APQVTR0P981W2 |
| 77 | SLHKPNS | A3NJ4GHFCJGE7Q |
| 78 | HEARTZZ | A2X1XQIH3N78VY |
| 79 | Dongguan ZhuoYu Garments Co., Ltd | A6YDIZYJDB7HA |
| 80 | ALAZA | A8VWBNWPDDEUU |
| 81 | YDNGF | A2IV6BMI520Z42 |
| 83 | joyprint | A3JCTFMMOJ1JTU |
| 85 | Lmuchen | A3HUUFTIQP5A0L |
| 86 | lishshpuzi2023 | A1A6M8EB82QCGE |
| 87 | dress_suit | A1A8TQB0ZBCR5Z |
| 88 | IMAGELEAP | ALAMVCJGSA2DU |
| 89 | Chusheng | ASF6C29SJ1C6V |
| 90 | joyistore | A1GF5I6127Z4P7 |
| 92 | DOENR | A30Y891HST4AP8 |
| 93 | Skycess | A1GK5V6D4LRET1 |
| 94 | KOCOART | A3UMQ0Y5RARC0U |
| 95 | Armanity | A34MEBEO076VH4 |
| 97 | POUKE | A15Q3CPYL8AXCM |
| 98 | zhihuzeng | A21SEZJEB56VUQ |
| 102 | YTJFY | A13YRJGBRLUDTA |

| 104 | gdxxly Shopping | A26GKABYNVJF9Z |
|---|---|---|
| 105 | Delerain | A3T2NLH0VMKDAR |
| 106 | LiPingER | A21HVCDOLX0C0H |
| 107 | Uconsion | AZHE8N21KKO5U |
| 108 | Kaltoon | A318F0XTA38ZI1 |
| 109 | KUWT | A1Y8LVJPNZ6WQO |
| 110 | niutech | A3S8EP3OT23321 |
| 111 | Lancerry | A1W248TLDDNC9J |
| 112 | Axjgxq | A13UUJ6Y8XO000 |
| 113 | Cenya | A9Y1ZVQ9J6SWW |
| 114 | FORMRS | A40BIXMJXOMGA |
| 116 | jia-home-xzzyc | A2AFN9QCUG7OQ8 |
| 117 | Hong Red | A29TT0VVA6NG6H |
| 118 | Chibi Feizhen | A15FCQOEA0K3G1 |
| 119 | xiqisongchuangrun156156 | A26VUA01YRC95O |
| 120 | TUNAHAN TURKGENC | AXMD7MH6P54DN |
| 124 | BoomBoomJ | A2CYNXMMF8WFLF |
| 125 | GGEB | A3849VA1UTY3P8 |
| 126 | lxooo | AXWZGT815E69C |
| 127 | Ceiurey | AEA7GBWUCGHVG |
| 128 | Chandoo | A1WBEOS40TFB9C |
| 130 | shijieji-Custom | AWSFOXE7HIKCI |
| 131 | VECXVEGDBFFR | A1FRSV8X1IB9VQ |
| 134 | gugangshangmaogongsi | A1U3TWXEB1J4YW |
| 135 | VunKo | A33GSTJ5PEOXZF |
| 136 | SWEET-HOME-ART | A93RXUEAX48I7 |
| 137 | NEW5 | AVT49XFML4Y01 |
| 138 | yyyALPY-MODAHA | A28W4LKEUY7HWN |
| 140 | ChongQingWangKangZhuangShiGongChengYouXianGongSi | A2GV10A35MUEUZ |
| 141 | Hengyang Dazhuo Trading Co., Ltd. | A36I9GR42EA9ZD |
| 142 | VIKKO | A10JWCN9KNNMJ3 |
| 143 | YongDeFeiChengDiShangMao | A2CIWHZE7ED9KP |
| 144 | OWNSERIES | 101615241; 10001634593 |
| 145 | Yanchi Li | 102893043; 10002913000 |
| 146 | OWNHE | 101673003; 10001692353 |
| 147 | FXZZ DIY | 102617365; 10002636751 |
| 148 | OWNMEMORY | 101672852; 10001692201 |
| 149 | qwiedj | 102596215; 10002615597 |
| 150 | Eimijax | 102586819; 10002606201 |
| 151 | Daily Clothing | 101607790; 10001627139 |
| 152 | Nujnehc Clothes | 102584524; 10002603906 |