IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VASYL DUDA,

Plaintiffs,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Action No.

25-cv-01844

(Judge Stickman)

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 1 | CoolXian |
| 9 | xiamenshihuliqulianghuishuichanpinjingyingbu |
| 15 | Linkjay |
| 18 | Eyanshoo |
| 22 | MATMO Direct |
| 25 | Yangfumeiddd |
| 29 | Qi You Qi |
| 30 | ChenJinXiangkhjiohjb |
| 31 | GOUU |
| 36 | lujiqing123 |
| 43 | Chexiacheng Jewelry Trading |
| 47 | Yespick |
| 50 | ZHENQIINGFashion |
| 59 | Namdeva |
| 63 | NulNaxv |
| 75 | Homeshin |
| 82 | YYNYC |

| | |
|---|---|
| 84 | EKAZROMY |
| 91 | Shuhe |
| 96 | XiiYoohooi |
| 99 | DDDchenkeqiang |
| 100 | Weecreeture |
| 101 | Huafish |
| 103 | WhOops |
| 115 | seulife |
| 121 | yuweistore |
| 122 | FZNICE |
| 123 | hu collection |
| 129 | Jungpeng |
| 132 | ZhiRain |
| 133 | WAAGOGO |
| 139 | Artistic Curtain |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: February 25, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff

- 2 -