IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VASYL DUDA, <br><br> Plaintiffs, <br> v. <br><br> SCHEDULE A DEFENDANTS, <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01844 <br><br> (Judge Stickman) |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 3 | MCA20241 |
| 6 | gengruifangbaihuodian |
| 8 | HOMEWFF |
| 13 | FunHomie |
| 15 | Linkjay |
| 18 | Eyanshoo |
| 19 | CUTEYF |
| 35 | qiuqiuLe |
| 39 | Loccor |
| 44 | ChengHA Direct |
| 49 | Nuolai |
| 52 | ELTSKT |
| 56 | ABCOVER-On |
| 60 | YUEBINUS |
| 66 | CORFOTO |
| 67 | Dgonweqi |

| 75  | Homeshin |
|-----|----------|
| 76  | Crizmas |
| 77  | SLHKPNS |
| 85  | Lmuchen |
| 86  | lishshpuzi2023 |
| 90  | joyistore |
| 94  | KOCOART |
| 98  | zhihuzeng |
| 105 | Delerain |
| 107 | Uconsion |
| 109 | KUWT |
| 110 | niutech |
| 112 | Axjgxq |
| 116 | jia-home-xzzyc |
| 120 | TUNAHAN TURKGENC |
| 124 | BoomBoomJ |
| 128 | Chandoo |
| 130 | shijieji-Custom |
| 131 | VECXVEGDBFFR |
| 134 | gugangshangmaogongsi |
| 135 | VunKo |
| 142 | VIKKO |
| 149 | qwiedj |
| 150 | Eimijax |
| 151 | Daily Clothing |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

                                              Respectfully submitted,

Dated: March 13, 2026                  /s/ Stanley D. Ference III
                                         Stanley D. Ference III
                                           Pa. ID No. 59899

courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff